Reversed and Remanded and Memorandum Opinion filed November 1, 2007








Reversed
and Remanded and Memorandum Opinion filed November 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00525-CV

____________

 

LILIANA De VRIES,
Appellant

 

V.

 

JEROEN De VRIES,
Appellee

 



 

On Appeal from the 311th District
Court

Harris County, Texas

Trial Court Cause No.
2006-57122

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 28,
2006.

On
October 23, 2007,  the parties filed a joint motion to reverse the
judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the judgment is reversed and the cause remanded to the trial court.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 1, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.